UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH PITERA,<br><br>Plaintiff(s),<br><br>v.<br><br>ASSET RECOVERY GROUP INC.,<br><br>Defendant(s). | CASE NO. 2:22-cv-00255-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Pursuant to the Court's Order Denying Defendant's Motion to Dismiss (Dkt. No. 16) and considering the passage of time since the motion was noted, the Court finds good cause to amend the current case management schedule and trial date.

(2) The Parties are ordered to prepare a joint status report addressing the following:

(a) a discussion of the prospects for a settlement, if any;

(b) an overview of any anticipated issues for trial;

MINUTE ORDER - 1

   (c) a current estimate of the number of days required for trial;

   (d) any dates between August and December 2023 on which trial counsel may have conflicts or other complications to be considered in setting a trial date; and

   (e) a proposed amended case management schedule.

(3) The joint status report shall not exceed three (3) pages and shall be filed within **seven (7) days** of this Order.

Dated this 30th day of August 2022.

            Ravi Subramanian
            Clerk of the Court

            s/ Kadya Peter
            Deputy Clerk