The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH PITERA,<br><br>           Plaintiff,<br><br>vs.<br><br>ASSET RECOVERY GROUP, INC.,<br><br>           Defendant. | NO. 2:22-cv-00255-TL<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>NOTE ON MOTION CALENDAR:<br><br>May 19, 2023 |

## I.     RESPONSE

Defendant Asset Recovery Group, Inc.'s cross-motion for summary judgment (dkt. #29) covers the same facts, topics, and arguments as ARG's response brief (dkt. #30).

Out of respect for this Court's time and resources, Plaintiff Sarah Pitera incorporates by reference her Motion for Summary Judgment (dkt. #27) and her Reply Brief (dkt. #35) (filed in support of her motion for summary judgment) as constituting Plaintiff's opposition to the cross-motion. Despite the temptation to fill an additional 23 pages, any further argument would only be duplicative.

PLAINTIFF'S RESPONSE RE:
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1
2:22−CV−00255-TL

ANDERSON | SANTIAGO
207B SUNSET BLVD N.
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719

Dated this 15th day of May, 2023.

**ANDERSON SANTIAGO, PLLC**

By: /s/ Jason D. Anderson
Jason D. Anderson, WSBA No. 38014
T. Tyler Santiago, WSBA No. 46004
Attorney for Plaintiff
207B Sunset Blvd. N.
Renton, WA 98057
(206) 395-2665
(206) 395-2719 (fax)

PLAINTIFF'S RESPONSE RE:
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2
2:22−CV−00255-TL

ANDERSON | SANTIAGO
207B SUNSET BLVD N.
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719