Jeffrey I. Hasson
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@hassonlawllc.com
Washington State Bar No. 23741

Attorney for Asset Recovery Group, Inc.

The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SARAH PITERA, | Case No.: 2:22-cv-00255-TL |
|---|---|
| Plaintiff, | STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE |
| vs. | |
| ASSET RECOVERY GROUP, INC., | NOTE ON THE MOTION CALENDAR: August 11, 2023 |
| Defendant. | |

## I.  MOTION

Plaintiff Sarah Pitera and Defendant Asset Recovery Group, Inc., by and through their respective counsel of record, hereby stipulate and jointly move to change the trial date and related deadlines pursuant to FRCP 6 and LCR10(g) as follows:

The parties' cross-motions for summary judgment have been pending since May 5, 2023.  A decision on the motions will affect the issues remaining for trial, if any.  While the parties and their counsel have been working diligently, more time is necessary for the Court to rule on the parties' cross-motions for summary judgment, and the parties to adequately consider the Court's ruling in their preparation for trial, if trial is necessary.

CERTIFICATE OF SERVICE - 1
Case No. 2:22-cv-00255-TL

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

The parties move for an extension to continue the trial date and other upcoming deadlines in this matter as follows:

| Event | New Deadline | Old Deadline |
|---|---|---|
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 2/6/2024 | 8/21/2023 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 3/6/2024 | 9/21/2023 |
| All motions *in limine* must be filed by | 4/1/2024 | 10/16/2023 |
| Agreed LCR 16.1 Pretrial Order due | 4/15/2024 | 10/30/2023 |
| Trial briefs and preliminary proposed findings of fact and conclusions of law due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 4/19/2024 | 11/6/2023 |
| Pretrial Conference | 4/26/2024 | 11/13/2023 |
| **BENCH TRIAL DATE** | 5/6/2024 | 11/20/2023 |

## I.   STIPULATION

The parties, by and through undersigned counsel, hereby stipulate to the Motion.

Dated: August 11, 2023

ANDERSON SANTIAGO, PLLC

By: /s/ Jason D. Anderson
Jason D. Anderson, WSBA No. 38014
T. Tyler Santiago, WSBA No. 46004
787 Maynard Ave. S.
Seattle, WA 98104
(206) 395-2665
(206) 395-2719 (fax)
jason@alkc.net
tyler@alkc.net

*Attorney for Plaintiff*

Dated: August 11, 2023

HASSON LAW, LLC

By: /s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA No. 23741
9385 SW Locust Street
Tigard, OR 97223
(503) 255-5352
(503) 255-6124 (fax)
hasson@hassonlawllc.com

*Attorney for Defendant*

CERTIFICATE OF SERVICE - 2
Case No. 2:22-cv-00255-TL

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

## II. ORDER

IT IS SO ORDERED.

Dated this 11th day of August 2023.

_____
Tana Lin
United States District Judge

CERTIFICATE OF SERVICE - 3
Case No. 2:22-cv-00255-TL

**HASSON LAW, LLC**
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124