UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH PITERA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>ASSET RECOVERY GROUP INC.,<br><br>　　　　　Defendant. | CASE NO. 2:22-cv-00255-TL<br><br>ORDER ON STIPULATED MOTION TO CONTINUE AND AMEND CASE SCHEDULE |

This matter is before the Court on the Parties' Stipulated Motion and Proposed Order to Continue Trial Date and Amend Case Schedule. Dkt. No. 42. The Parties seek to continue the trial date to August 8, 2024, because at the time the motion was filed, the Court had not yet ruled on their cross-motions for summary judgment, and the Parties believed that more time would be necessary for them to prepare for trial upon entry of the Court's ruling. *Id.* at 1–2.

The Court is unavailable for trial on the date proposed by the Parties but will otherwise GRANT the Parties' request for a continuance. Upon consideration of the Court's Order Denying Summary Judgment (Dkt. No. 43), entered on February 15, 2024, the Court ORDERS the Parties

to provide additional information to be considered in amending the case schedule. The Parties SHALL submit, by no later than **Tuesday, February 20, 2024**, a Joint Status Report that includes:

1. Confirmation that the Parties still wish to move the previously scheduled May 6, 2024, trial date now that the Court has ruled on summary judgment. If the Parties wish to retain that trial date, they may still propose amended Settlement Conference and LCR 39.1 Mediation dates, if desired.
2. If the Parties want the Court to consider a new trial date, they must also provide any dates through June 2025 on which trial counsel may have conflicts or other complications to be considered in setting a trial date.

Dated this 15th day of February 2024.

Tana Lin
United States District Judge